UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NIMESH SHAH,<br><br>　　　　　　　　　　Defendant. | Case No.: 19CR4551-JAH<br><br>**ORDER ACCEPTING PREPAYMENT OF RESTITUTION** |

Upon motion of the Parties, (Doc. No. 20), and good cause appearing, IT IS HEREBY ORDERED the Clerk of Court accept the Defendant's restitution payment prior to sentencing, and that the payment be applied to Defendant's restitution obligation upon entry of judgment in this matter.

**IT IS SO ORDERED.**

DATED: March 6, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1

19CR4551-JAH