UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>NIMESH SHAH,<br><br>               Defendant. | Case No.  19cr4551-JAH<br><br>SECOND AMENDED ORDER OF CRIMINAL FORFEITURE |

On August 24, 2020, this Court entered its Amended Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of NIMESH SHAH ("Defendant") and any and all third parties in the following properties:

    1.    $185,618.80 in funds from Account #856727511 held in the name of Blue Star Learning, Inc. at JPMorgan Chase Bank, San Diego, CA;

    2.    $1,500,139.97 in funds from Account #3725323589 held in the name of Blue Star Learning, Inc. at JPMorgan Chase Bank, San Diego, CA; and

    3.    $1,390,603.00 in funds from Account #3029397626 held in the name of Nimesh H. Shah or Nidhi Shah at JPMorgan Chase Bank, San Diego, CA.

It was further ordered in the Amended Order that the money judgment imposed upon Defendant NIMESH SHAH in the Preliminary Order was to be revised to the unpaid balance of $185,618.80.

That money judgment has now been credited with the amount of $185,618.80 and is fully satisfied.

Accordingly, IT IS HEREBY ORDERED that the money judgment against Defendant NIMESH SHAH in the amount of $185,618.80 has been fully satisfied.

DATED: September 2, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE