UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NIMESH SHAH,<br><br>    Defendant and Judgment Debtor,<br><br>JPMORGAN SECURITIES, LLC,<br><br>    Garnishee. | Case No. 19CR4551-JAH<br><br>ORDER ON STIPULATION OF GARNISHMENT [ECF 73] |

    This matter is before the Court for entry of an Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedure Act (FDCPA), against the substantial nonexempt property of Defendant-Judgment Debtor Nimesh Shah (hereinafter Judgment Debtor).

    JPMorgan Securities, LLC (hereinafter Garnishee), filed an answer to the Writ of Garnishment. The United States of America, Judgment Debtor Nimesh Shah, and interested party, Nidhi Shah, have stipulated and agreed to the entry of an Order of Garnishment for Judgment Debtor's nonexempt disposable earnings in the custody, control, or possession of Garnishee.

Upon stipulation of the parties and for good cause shown, the parties stipulation regarding garnishment is GRANTED as follows:

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 3205(c)(7), and in accordance with the paragraph below, Garnishee shall pay the United States, within 14 days from the date of this order, the nonexempt property it has in its custody, control, or possession that belongs to or is due to Judgment Debtor.  As of April 12, 2022, the current balance owed to the United States is $28,107,454.04.

IT IS FURTHER ORDERED the Court's Previous Grant of Writ of Garnishment [ECF 64] is hereby modified immediately as follows:

The funds held in accounts at JPMorgan Securities, LLC (account numbers ending in 4991 and 7808) shall be distributed via check(s) made payable to the Clerk of the Court. Any check shall include the notation Case No. 19CR4551-JAH and mailed to Clerk of Court, United States District Court, Southern District of California, 333 West Broadway, Suite 420, San Diego, California 92101 within fourteen (14) days of the entry of any order pursuant to this stipulation.  The Clerk is further instructed to withhold and distribute funds to pay for all capital gains, early withdrawal penalties, or other taxes to the Internal Revenue Service and California Franchise Tax Board.  The Clerk shall issue the respective tax payments to the Internal Revenue Service and California Franchise Tax Board no later than July 15, 2022, as a second-quarter estimated tax payment on behalf of Judgment Debtor Nimesh Shah;

IT IS FURTHER ORDERED THAT the funds distributed to the United States Clerk will be credited towards the restitution owed by Judgment Debtor Nimesh Shah;

IT IS FURTHER ORDERED THAT Nidhi Shah's objections and request for hearing as to the Government's Requests Writs of Garnishment [ECF 62] is denied as moot; and

//
//
//

1  Nimesh Shah's objections and request for hearing as to the Government's Request
2  for Writs of Garnishment [ECF. 62-2] is denied as moot.
3  IT IS SO ORDERED.

5  DATED: May 5, 2022

                                       HON. JOHN A. HOUSTON
                                       United States District Judge