UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>NIMESH SHAH,<br><br>　　　Defendant and Judgment Debtor,<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Garnishee. | Case No. 19CR4551-JAH<br><br>ORDER ON STIPULATION OF GARNISHMENT [ECF 74] |

　　　This matter is before the Court for entry of an Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedure Act (FDCPA), against the substantial nonexempt property of Defendant-Judgment Debtor Nimesh Shah (hereinafter Judgment Debtor).

　　　JPMorgan Chase Bank, N.A., (hereinafter Garnishee) filed an answer to the Writ of Garnishment.  The United States of America, Judgment Debtor Nimesh Shah, and interested party, Nidhi Shah, have stipulated and agreed to the entry of an Order of Garnishment for Judgment Debtor's nonexempt disposable earnings in JPMorgan Chase Bank Savings Account No. ending in 7626.

Upon stipulation of the parties and for good cause shown, the Stipulation Regarding Order of Garnishment is GRANTED as follows:

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 3205(c)(7), and in accordance with the paragraph below, Garnishee shall pay the United States, within 14 days from the date of this order, the nonexempt property it has in its custody, control, or possession that belongs to or is due to Judgment Debtor in account ending in nos. 7626. As of April 12, 2022, the current balance owed to the United States by the Judgment Debtor is $28,107,454.04.

IT IS FURTHER ORDERED the Court's Previous Grant of Writ of Garnishment [ECF 60.] is hereby modified immediately as follows:

Garnishee shall distribute $93,940.82, minus any wiring or transaction fees, of the funds remaining in JPMorgan Chase Bank, N.A. account number ending in 7626 to Nidhi Shah via wire transfer to her account located at San Diego County Credit Union, 6545 Sequence Drive, San Diego, CA 92121 with routing number 322281617 and account number ending in nos. 5318-90.  Any funds remaining in the JPMorgan Chase Bank, N.A., account ending in 7626 shall be distributed via check made payable to the Clerk of the Court with the notation Case No. 19CR4551-JAH and mailed to Clerk of Court, United States District Court, Southern District of California, 333 West Broadway, Suite 420, San Diego, California 92101.  Both distributions shall be made within fourteen (14) days of the entry of any order pursuant to this stipulation;

IT IS FURTHER ORDERED THAT the funds distributed to the United States Clerk will be credited towards the restitution owed by Judgment Debtor Nimesh Shah;

IT IS FURTHER ORDERED THAT Nidhi Shah's objections and request for hearing as to the Government's Requests Writs of Garnishment [ECF 62] is denied as moot; and

//
//
//

1  Nimesh Shah's objections and request for hearing as to the Government's Requests
2 for Writs of Garnishment [ECF 62-2] is denied as moot.
3      IT IS ORDERED

5 DATED: May 5, 2022

_____
HON. JOHN A. HOUSTON
United States District Judge